### Perry L. CRAWFORD, Plaintiff— Appellant,

v.

James M. TURPIN; Susan McNeely; Mary Steins, Defendants— Appellees,

and

North Carolina Department Of Corrections; The Utilization Review Board, Defendants.

No. 04–6564.

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2004.

Decided: May 20, 2004.

Perry L. Crawford, Appellant pro se.

Dana Hefter Davis, Raleigh, North Carolina; Roy Asberry Cooper III, Marry S. Mercer, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Perry L. Crawford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Crawford v. Turpin*, No. CA–01–40–1 (W.D.N.C. Mar. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*